O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLOFA ST. PIERRE,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. ED CV 17-01067 CAS (RAO)<br><br><br>ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, all of the other records and files herein, and the Amended Report and Recommendation of United States Magistrate Judge ("Amended Report"). The time for filing objections to the Amended Report has passed, and no objections have been filed. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the decision of the Acting Commissioner of Social Security is reversed and the matter is remanded for further administrative action.

DATED: July 12, 2018

*Christine A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE