UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLOFA ST. PIERRE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | No.: 5:17-cv-01067-CAS-RAO<br><br>~~PROPOSED~~ **ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND TWO HUNDRED DOLLARS ($5,200.00), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of the above-referenced Stipulation, to include the United States Department of the Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

///
///
///
///

1

Any payment shall be delivered to Plaintiff's counsel.

Dated: August 14, 2018

                                                        /s/ Rozella A. Oliver
                                                        Rozella A. Oliver
                                                        United States Magistrate Judge