O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLOFA S., <br><br>       Plaintiff, <br><br>   v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br>       Defendant. | Case No. EDCV 17-01067-CAS (RAO) <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion for Attorney Fees, the Commissioner's Response, all of the other records and files herein, and the October 8, 2021 Report and Recommendation of the Magistrate Judge ("Report"). The time for filing objections to the Report has passed, and no objections have been filed. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

/ / /

1     IT IS ORDERED that the Application for $17,261.63 in attorney's fees under 42 U.S.C. § 406(b) is GRANTED, subject to Counsel reimbursing Plaintiff the amount of $5,200 for EAJA fees previously paid by the Commissioner.

DATED: November 4, 2021

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE